UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :   Criminal No. 3:01CR00281(AWT)
                              :
EDWARD N. ORTIZ               :
                              :
------------------------------x
```

**NOTICE TO COUNSEL AND INTERESTED PERSONS**

The court has been made aware of two requests pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The first request, dated July 19, 2006, was submitted by defendant Edward Ortiz to the Clerk, and a copy is attached hereto as Exhibit A. The second request was submitted by Edward-Noel: Ortiz Garcia (who represents himself to be a "Secured Party Creditor") to the chambers of the undersigned and received on August 14, 2006; a copy of the first page of that request is attached hereto as Exhibit B.

Edward Ortiz and Edward-Noel: Ortiz-Garcia are hereby notified that their requests will not be responded to because the judicial branch is exempt from the Freedom of Information Act. See United States v. Casas, 376 F.3d 20, 22 (1st Cir. 2004) ("The judicial branch is exempt from the Freedom of Information Act."); Mayo v. U.S. Gov't Printing Office, 9 F.3d 1450, 1451 (9th Cir. 1993) ("5 U.S.C. § 551(1)(B) excludes not

only the courts themselves but the entire judicial branch").

The Clerk shall also send a copy of this notice to:

>Edward Ortiz
>c/o 14506014
>Post Office Box 9002
>Ray Brook, NY 12977-9002

and

>Mr. Edward-Noel: Ortiz Garcia
>c/o 14506014
>Post Office Box 9002
>Ray Brook, NY 12977-9002

It is so ordered.

Dated this 18th day of August, 2006, at Hartford, Connecticut.

/s/Alvin W. Thopmson
_____
Alvin W. Thompson
United States District Judge