UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD N. ORTIZ<br>Petitioner<br><br>.V.<br><br>UNITED STATES OF AMERICA | CASE No. 3:01CR281 (AWT)<br><br><br>MOTION TO DISMISS FOR LACK<br>OF TERRITORIAL JURISDICTION |

COMES NOW, Edward-Noel: Ortiz Garcia, d.b.a., EDWARD N. ORTIZ, (Petitioner), the accused, who hereby demands of this legislative tribunal and judicial assembly the dismissal of this cause because of the lack of Legislative/Exclusive jurisdictional authority over the exact goegraphical location where the alleged criminal activity mentioned in the indictment took place; and hereby files this formal Motion to Dismiss For Lack of Territorial Jurisdiction.

A recent Supreme Court decision, decided April 26, 1995, addresses the issues of exclusive legislative jurisdiction of the Congress, the powers of the Federal Government, and the subsequent subject matter of a Federal District Court.  Supreme Court Justice Thomas in the concurring majority opinion in the case of <u>United States v. Lopez,</u> No. 93-1260, 115 S. Ct. 1624, 131 L.Ed. 2d 626, stated very clearly:

> "Indeed, on this crucial point, the majority and Justice Breyer [the Justice writing the dissenting opinion] agree in the principal: the Federal Government has nothing approaching a police power."  (page 62.)

Then Justice Thomas went on to discuss "a regulation of police" (page 86.) wherein he stated:

> "United States v. Dewitt, 76 US 41 9 Wall 4, 19 L. Ed. 593 (870), marked the first time the court struct down as exceeding the power conveyed by the commerce clause. In a 2 page opinion, the court invalidated a nation-wide law prohibiting all sales of naphtha, and illuminating oils. In so doing, the court remarked that the commerce clause has always been understood as limited by its terms; and as a virtual denial of any power to interfere with the internal trade and business of the separate states."

Further support for this understanding is readily available from the courts:

> "Special provision is made in the Constitution for the cession of jurisdiction from the states over places where the federal government shall establish forts or other military works. And it is only in these places, or in territories of the United States were it can exercise a general jurisdiction."
> [ New Orleans v. United States, 35 U.S. (10 Pet.) 662 (1836) ]

> "All legislation is prima facie territorial."
> [ American Banana Co. v. U.S. Fruit, 213, U.S. 347 at 357-358 ]

> "There is a canon of legislative construction which teaches Congress that, unless a contrary intent appears [legislation] is meant to apply only within territorial jurisdiction of the United States."
> [ U.S. v. Spelar, 338 U.S. 217 at 222 ]

> "The United States never held any municipal sovereignty, jurisdiction, or right of soil in Alabama or any of the new states which were formed. The United States has no Contitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limits of a state or elsewhere, except in the cases in which it is expressly granted..."
> [ Pollard v. Hagan, 44 U.S. 213, 221, 223 ]

> "...the states are seprate sovereigns with respect to the federal government."
> [ Heath v. Alabama, 474 U.S. 187 ]

"No sanction can be imposed absent proof of jurisdiction"
[ Stanard v. olesen, 74 S. Ct. 768 ]

"Once challenged, jurisdiction cannot be 'assumed', it must be proved to exist."
[ Stuck v. Medical Examiners, 94 Ca 2d 751. 211 P2s 389 ]

"Jurisdiction, once challenged, cannot be assumed and must be decided."
Maine v. Thiboutot, 100 S. ct. 250 ]

"...Federal jurisdiction cannot be assumed, but must be clearly shown."
[ Brooks v. Yawkey, 200 F. 2d 633 ]

"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings"
[ Hagans v. Lavine, 415 U.S. 533 ]

"If any tribunal finds absence of proof of jurisdiction over the person and subject matter, the case must be dismissed."
[ Louisville R.R. v. Motley, 211 U.S. 149, 29 S. Ct. 42 ]

" A judgment entered by a court which lacks jurisdiction over the parties or subject matter, or lacks inherent power to enter the particular judgment, or an order procured by fraud, either directly or collaterally can be attacked at any time, in any court"
[ Long v. Shorbank developement Corp., 182 F. 3d 548 (C.A. 7 Ill. 1999)]

"A void judgment is one that has been procured by extrinsic or collateral fraud, or entered by the court that did not have jurisdiction over the subject matter or the parties."
[Rook v. Rook, 353 S.E. 2d 756, (VA. 1987). ]


Other cases also such as McNutt v. G.M., 56 S. Ct. 789, 80 L. Ed. 1135, Griffin v. Mathews, 310 Supp. 341, 423 F. 2d 272, Basso v. U.P.L., 495 F. 2d 906, Thomson v. Gaskiel, 62 S. Ct., 673, 83 L. Ed. 111, and Albrecht v. U.S., 273 U.S. 1, also confirm, that, when challenged, jurisdiction must be documented, shown, and proven, to lawfully exist before a cause may lawfully proceed in the courts.

Title 18 U.S.C. § 7, specifies that the "territorial jurisdiction" of the United States extends only outside the boundaries of lands belonging to any of the 50 states, and Title 40 U.S.C. § 255 specifies the legal conditions that must be

fulfill for the United States government to have exclusive or shared jurisdiction within the area of lands belonging to the States of the Union. If jurisdiction is not vested to the United States pursuant to said statute, there is <u>no Federal Criminal Jurisdiction,</u> as was found in Adams v. U.S. 319 U.S. 312, 63 S. Ct. 1122, 87 L. Ed. 1421 (1943).:

> "No jurisdiction existed in the UNITED STATES to enforce Federal Criminal Jurisdiction until consent to accept jurisdiction over acquired lands have been filed in behalf of the UNITED STATES as provided in Title 40 § 255, and fact that State authorized Government to take jurisdiction was immaterial."
>
> "...If jurisdiction is not vest in the UNITED STATES pursuant to statute, there is no jurisdiction."

<u>Federal Procedure § 2.455</u> states as follows:

> "If a party's allegation of jurisdictional facts are challenged by an adversary in any appropriate manner, he or she must support them by competent proof."

THEREFORE, Petitioner would demand of this court to establish the required Legislative/Exclusive Federal jurisdiction that has been merely assumed in this matter, consisting of:

1) Documentation showing ownership of each and every geographical location mentioned in the instant indictment wherein the alleged criminal activity took place.

2) Any document(s) of an 'ACT OF CESSION,' wherein the state of Connecticut Legislature ceded Legislative/Exclusive jurisdiction to the UNITED STATES OF AMERICA to operate a Courthouse at 450 Main Street, in Hartford, Connecticut from approximately 1933-2001 or as such time as the Court and related offices were transfered to the 'NEW' Federal building.

3) Any document(s) of an 'ACT OF CESSION,' wherein the State of Connecticut Legislature ceded Legislative/Exclusive jurisdiction to the UNITED STATES OF AMERICA of any area of/on South Main Street, in New Britain, Connecticut.

4) Any document(s) pursuant to Title 40 U.S.C. § 225, wherein the UNITED STATES accepted jurisdiction to the same geographical location as specified in # 1, 2 and 3, above, or, documentation showing concurrent jurisdiction with the State of Connecticut over the geographical location in # 1, 2, and 3 above.

Absent the production of such required documentation ( ACT OF CESSION,) showing lawful federal jurisdiction over this geographical location, dismiss the action/case, immediately.

Respectfully submitted this 2 day of April, A.D. 2007

ATTACHMENTS: NOTICE BY AFFIDAVIT
POWER OF ATTORNEY

Without Prejudice UCC § 1-308
By Explicit Reservation

By: /s/ Edward-Noel: Ortiz Garcia, Auth.Rep.
Edward-Noel: Ortiz Garcia, Sui Juris
Secured Party/Creditor,
Authorized Representative,
Attorney-In-Fact, in Behalf of:
EDWARD N. ORTIZ, Ens Legis/Trust

/s/ By: Edward-Noel: Ortiz Garcia, Auth. Rep.

Essex County )
) Asseveration    JURAT
New-York state)

I, THEREFORE, set forth my hand and seal in affirmation of the execution thereof.

WITNESSETH my hand and official seal.

Michelle Gonyea
Notary Public
"Authorized by the Act of July 7, 1955 to Administer Oaths
(18 U.S.C. 4004)

Page 5 of 5

Purpose of Jurat is for Oath and Identification ONLY and cannot be used to indicate entry into ANY FOREIGN JURISDICTION.
WITHOUT PREJUDICE UCC § 1-308(a)
/s/By: Edward-Noel: Ortiz Garcia

M. Gonyea
Case Manager
F.C.I. Ray Brook, N.Y."
4/2/07

NOTICE BY AFFIDAVIT    No. ENOG-032093-NBA

County of Essex )
              ) Scilicet
New York state )

"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F 2nd, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S Ct. March 22nd, 1982.

That I, Edward-Noel:Ortiz Garcia, a living breathing man, being first duly sworn, depose and say by my signature that the following facts are true, correct, and complete to the best of my knowledge and belief.

That, Affiant Filed a UCC Financing Statement (UCC-1) in Connecticut state, UCC Filing Number 0002340562 on July 13th, 2005 to perfect a security interest to initiate redemption as a matter of right.

That, Affiant is the Secured Party Creditor and Authorized Representative of the corporate fiction-entity/Debtor (ENS LEGIS) identified as EDWARD NOEL ORTIZ GARCIA under necessity.

That, the Affiant/Secured Party Creditor is a flesh-and-blood man. and the corporate fiction/Debtor/ENS LEGIS as appearing upon any UCC Filing is "artificial" and was created in contemplation of law (commerce) AND THE TWO ARE NOT THE SAME, FOR ONE IS REAL, THE OTHER IS FICTION.

No. ENOG-032093-NBA

That, Affiant as the Secured Party Creditor, has a priority interest in protecting the **right(s)** and **title(s)** of both the Debtor and the Secured Party Creditor.

That, Affiant caused to be filed, a Superior Security Interest and lien upon the property of the Debtor and in the Debtor's name filed first in line and first in time, over and above, any and all whom have a claim of debt, tax, levy(ied), lien, etc., and that **all property is exempt from levy**.

That, Affiant hereby give **notice** that I reserve my right not to be compelled to perform under **any** contract/ commercial agreement into which I did not enter into knowingly, willingly, voluntarily, with full disclosure of the facts and a meeting of the minds, and I do not and will not accept the liability associated with the compelled benefits of said contracts/ commercial agreement(s) be they admiralty or otherwise.

That, Affiant further give **notice** I, reserve all my unalienable rights without prejudice under necessity of the following authorities used by reference hereinbefore/hereinafter;

"ALL that government does and provides legitimately is in pursuit of its duty to provide protection for private rights (Wynhammer v. People, 13 NY 378).... which duty is a debt owed to its creator, WE THE PEOPLE and the private un-enfranchised individual, which debt and duty is never extinguished nor discharged, and is perpetual.
No matter what the government/state provides for us in manner of conveniece and safety, the un-enfranchised individual owes nothing to the government."(Hale v. Hinkel, 201 U.S. 43 @ page 74, 1905.)

Page 2 of 3

No. ENOG-032093-NBA

That, this Affidavit if not rebutted point-for-point by any man/any woman, in any matter, at any time upon notice pursuant to Uniform Commercial Code § 1-202(a), (30) days thereafter, these facts stand as true in both the private and public record.

### MAXIM OF LAW

1. In Commerce-Truth is Sovereign
2. For a matter to be resolved it must be expressed.
3. Point of Law-Silence equates to agreement.
4. An un-rebutted affidavit stands as truth in commerce.

Without Prejudice
Authorized Representative, Attorney-In-Fact

By: *Edward-Noel:Ortiz-Garcia, Auth.Rep.*
Edward-Noel: Ortiz Garcia-Secured Party
in behalf of DEBTOR;
EDWARD NOEL ORTIZ GARCIA  ENS LEGIS/TRUST

/s/ By: *Edward-Noel:Ortiz-Garcia, Auth. Rep.*

### ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this __10__ th day of __November__, 2005 A.D. a Notary, that __Edward Noel Ortiz Garcia__, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

Witnesseth my hand and official seal.

_____ (Seal)
Notary Public

Purpose of Jurat is for Oath and Identification ONLY and cannot be used to Indicate entry into ANY FOREIGN JURISDICTION.
WITHOUT PREJUDICE UCC § 1-308(a)
/s/By: *Edward-Noel:Ortiz-Garcia*

JULIE B. LAMB
Notary Public, State of New York
No. 01LA6083408
Qualified in Essex County
My Commission Expires November 12, 2006

Page 3 of 3

POWER OF ATTORNEY    No.ENOG-032093-POA
UNLIMITED

TO ALL THOSE TO WHOM THESE PRESENTS SHALL COME, KNOW YE:

That I,EDWARD NOEL ORTIZ GARCIA©,the Debtor,corporate entity, and "ENS LEGIS/TRUST",the undersigned,hereby make,constitute and appionts Edward-Noel:Ortiz Garcia©,herein,the flesh-and-blood man, a living soul,the Secured Party/Creditor as my true and lawfully Attorney-In-Fact for me and in my corporate capacity "ENS LEGIS/ TRUST", place and stead and for my personal and commercial use and benefit:

1. To ask,demand,request,file,sue,recover,register,collect and receive each and every sum of money,credit,account legacy,bequest, interest,divident,annuity and demand (which now is or hereafter shall become due,owing or payable or dischargeable) belonging to or accepted or claimed by me,or presented to the DEBTOR; EDWARD NOEL ORTIZ GARCIA©,a corporate entity,ENS LEGIS/TRUST and to use and take any lawful and/or commercial means necessary for the recovery thereof by legal or commercial process or otherwise, and to execute and deliver or receive a satisfaction or release thereof,together with the right and power to settle,compromise, compound and/or discharge any claim or initiate any administrative claim for damages or make any necessary demands;

2. To exercise any or all of the following powers as to all kinds of personal property,private property and any property,goods, wares and merchandise,choses in action and other property in possession or where a security interest is established and to or in other actions;

3. To secure by private/public registration the interest, or the security interest in any or all property where necessary, to accept for value and discharge any and all debts for fine, fee, or tax where necessary, to cause the commercial adjustment of any such account held open against the DEBTOR-EDWARD NOEL ORTIZ GARCIA©, to use where necessary any Sight Drafts/Money Orders, Bills of Exchange, and/or any Negotiable Instrument as adopted by the Uniform Commercial Code, to finalize any of the above in my behalf;

4. To open any checking accounts whereupon being "closed", to discharge any fines, fees, taxes, and debts via adjustment and set-off;

5. To create, amend, supplement and/or terminate any trust or the RES created by government (District of Columbia) and ratified or exercised in any manner by any other State;

6. To request, retrieve, file, submit, or otherwise, any papers in my behalf for any matter whether commercial, quasi-judicial, administrative, or otherwise and to sign my legal corporate name as my act and deed, to execute and deliver same for any redress or remedy, claim, suit or otherwise.

GIVING AND GRANTING, unto my said Attorney-In-Fact full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about all matters as fully to all intents and purposes as I might or could do if I was personally present, and hereby ratifying all that my Attorney-In-Fact shall lawfully do or cause to be done by virtue of these presents. The powers and authority hereby conferred upon my said Attorney-In-Fact shall be applicable to all real and private property, personal property or interest therein now owned or hereinafter acquired by me as the "ENS LEGIS/TRUST" and wherever situate, and as evidenced by a filed security interest.

My said **Attorney-In-Fact**, Edward-Noel:Ortiz Garcia©, is empowered hereby to determine in his sole discretion the time, purpose for and manner in which any power herein conferred upon him shall be exercised, and the conditions, provisions and covenants of any instrument(s) or document(s) which may be executed by him pursuant hereto; and in the acquisition or distribution of real, personal or private property, my said **Attorney-In-Fact** shall have exclusive power to fix the terms or amounts thereof for cash, funds, credit, and/or affecting all property, including rights, titles, interest to same and if on/for credit-with or without security.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural.

WITNESS my hand this 30th day of November, 2005 A.D.

EDWARD NOEL ORTIZ GARCIA©

EDWARD NOEL ORTIZ GARCIA©
Creditor accepts Debtor's signature in accord with UCC §§ 1-201 (39), 3-401 (b). and accepts for value this Power of Attorney No.ENOG-032093-POA.

Secured Party

/S/ *By, Edward-Noel:Ortiz Garcia© Auth. Rep.*
Edward-Noel:Ortiz Garcia©,Secured Party/Creditor
in behalf of Debtor,EDWARD NOEL ORTIZ GARCIA©,ENS LEGIS/TRUST
Autograph Common Law Copyright©1993.
All Rights Reserved.

/S/ *By: Edward-Noel: Ortiz Garcia, Auth. Rep.*
All Rights Reserved.

POWER OF ATTORNEY     No. ENOG-032093-POA

Debtor: EDWARD NOEL ORTIZ GARCIA©

EDWARD NOEL ORTIZ GARCIA©
--------
Debtor's Signature

Creditor accepts Debtor's signature in accord with UCC §§1-201(39), 3-401(b). and accepts for value this Power of Attorney No. ENOG-032093-POA

Creditor: Edward-Noel:Ortiz Garcia©

By: *Edward-Noel:Ortiz Garcia©, Auth. Rep.*
Creditor's Signature
Edward-Noel:Ortiz Garcia© , Secured Party
in behalf of Debtor EDWARD NOEL ORTIZ GARCIA© ENS LEGIS/TRUST
ALL Rights Reserved. Autograph Common Law Copyright©1993.

/S/ By: *Edward-Noel:Ortiz Garcia, Auth. Rep.*
All Rights Reserved.

### ACKNOWLEDGEMENT

County of Essex )
                ) Scilicet
New York state  )

Subscribed and sworn before me this 30 day of November, 2005 A.D.

Witnesseth my hand and official seal.

_____ (Seal)
Notary Public

Purpose of Jurat is for Oath and Identification ONLY and cannot be used to indicate entry into ANY FOREIGN JURISDICTION. WITHOUT PREJUDICE UCC §1-308(a)
/s/ By: Edward-Noel:Ortiz Garcia

JULIE B. LAMB
Notary Public, State of New York
No. 01LA6083408
Qualified in Essex County
My Commission Expires November 12, 2006

Page 4 of 4
POWER OF ATTORNEY     No. ENOG-032093-POA

AFFIDAVIT OF MAILING

I, Edward-Noel: Ortiz Garcia, the undersigned, do hereby swear under penalty of perjury, that I did send to the following person(s) the below listed documents, by way of United States First Class Mail, postage pre-paid to:

CERTIFIED MAIL TRACKING NO: 7005 3110 0003 3029 3388

Enclosed: MOTION TO DISMISS FOR LACK OF TERRITORIAL JURISDICTION. Five (5) Pages
Dated this 2 day of April, 2007

NOTICE BY AFFIDAVIT. Three (3) Pages
Dated this 10 day of November, 2007

POWER OF ATTORNEY. Four (4) Pages
Dated this 30 day of November, 2005

The above documents are being sent to:

c/o Office of The Clerk
United States District Court- District of Connecticut
450 Main Street
Hartford, Connecticut  06103-3597

The original of these documents are being retain by Affiant.

Dated This 2 day of April, 2007

Essex County      )
                  ) Asseveration     JURAT
New-York state)

Respectfully Submitted
By: /s/ Edward-Noel: Ortiz Garcia, Auth. Rep.
Edward-Noel: Ortiz Garcia, Sui Juris
Secured Party / Creditor
Authorized Representative
Attorney-In-Fact, In Behalf of
DEBTOR: EDWARD N. ORTIZ, ENS LEGIS
/S/ By: Edward-Noel: Ortiz Garcia, Auth. Rep.

I, THEREFORE, set forth my hand and seal in affirmation of the execution thereof.

_Michelle Gonyea_
Notary Public
Authorized by the Act of July
7, 1955 to Administer Oaths
(18 U.S.C. 4004)

M. Gonyea
Case Manager
F.C.I. Ray Brook, N.Y.
4-2-07

Purpose of Jurat is for Oath and Identification ONLY and cannot be used to Indicate entry into ANY FOREIGN JURISDICTION.

SEAL WITHOUT PREJUDICE UCC § 1-308(a)
/s/ By: Edward-Noel: Ortiz Garcia