UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
v.                             : Crim. No. 3:01CR00281(AWT)
                               :
EDWARD N. ORTIZ                :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

    Defendant Edward N. Ortiz's Motion to Dismiss for Lack of Territorial Jurisdiction (Doc. No. 55) should have been properly filed in Mr. Ortiz's civil case, 3:06CV01486(AWT).  The issues raised in the defendant's motion were addressed by the court in its ruling on the petitioner's motion pursuant to 28 U.S.C. § 2255.  See 3:06CV01486(AWT), Ruling on Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 6).  For the reasons set forth in that ruling, the defendant's Motion to Dismiss for Lack of Territorial Jurisdiction (Doc. No. 55) is hereby DENIED.

    It is so ordered.

    Dated this 7th day of May 2007 at Hartford, Connecticut.

                                                /s/AWT
                                        Alvin W. Thompson
                              United States District Judge