**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
    v.                         :    Crim. No. 3:01CR00281(AWT)
                               :
EDWARD N. ORTIZ,               :
                               :
-------------------------------x
```

**NOTICE TO DEFENDANT**

The court has received a request for information (copy attached) concerning a motion to dismiss for lack of territorial jurisdiction. The defendant's Motion to Dismiss for Lack of Territorial Jurisdiction (Doc. No. 55) was docketed on April 5, 2007. That motion was denied in an Endorsement Order (Doc. No. 56) on May 7, 2007.

It is so ordered.

Dated this 18th day of June 2007, at Hartford, Connecticut.

```
                    _____/s/AWT_____
                         Alvin W. Thompson
                    United States District Judge
```